IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AFUA HAMMOND and ANDERSON KNOBLE, | CIVIL ACTION |
| Plaintiffs, | |
| v. | No. 11-2666 |
| KATHLEEN BAUSMAN, et al., | |
| Defendants. | |

FILED
SEP 30 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 30th day of September, 2011, upon consideration of Defendants, Kathleen Bausman, Alejandro Mayorkas, Janet Napolitano, and Eric Holder's, Motion to Dismiss the Complaint of Plaintiffs, Aufa Hammond and Anderson Knoble (Doc. No. 11), and the Response and Reply thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment for Failure to Answer the Complaint (Doc. No. 9) is **DENIED** as moot.

BY THE COURT:

*Robert F. Kelly*

ROBERT F. KELLY
SENIOR JUDGE